Hon. Robert J. Bryan

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KATHY McGUIRE, <br>                     Plaintiff, <br>   v. <br> STATE OF WASHINGTON, DEPARTMENT OF TRANSPORTATION; KERMIT WOODEN; NIKI PAVLECHEC and TAM LE, <br>                     Defendants | NO. C09-5198-RJB <br><br> STIPULATED JUDGMENT |

Judgment Summary (RCW 4.64.030):

| | |
|---|---|
| Judgment Creditor(s): | Kathy McGuire |
| Judgment Creditor(s)' Attorney(s): | Richard Wooster |
| Judgment Debtor: | State of Washington |
| Judgment Amount: | $65,000.00 |
| Pre-Judgment Interest: | $-- |
| Post-Judgment Interest: | $-- |
| Taxable Costs and Attorney Fees: | $-- |

      THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and the Plaintiff, Kathy McGuire, acting by and through Richard Wooster, and the

STIPULATED JUDGMENT      1      ATTORNEY GENERAL OF WASHINGTON <br>
Torts Division <br>
1019 Pacific Ave., 3rd Floor <br>
P O Box 2317 <br>
Tacoma WA 98401-2317 <br>
(253) 593-5243

1  Defendants, State of Washington, and its Department of Transportation, acting by and through
2  Robert M. McKenna, Attorney General, and Matthew Kuehn, Assistant Attorney General; and
3  these parties having made a stipulation pursuant to RCW 4.92.150, without any admissions of
4  liability, settling and compromising this action against the defendants and allowing for dismissal
5  of this action with prejudice against the Defendants, and it appearing to the Court, after a review
6  of the files and records herein and statements of counsel in open court, that the sum Sixty Five
7  Thousand and No/100 Dollars ($65,000.00) is a proper and just settlement to be paid by the
8  Defendant, State of Washington, to the Plaintiff, and the Court being fully advised, now,
9  therefore,

10      IT IS HEREBY ORDERED That the Plaintiff Kathy McGuire shall have judgment
11  against the Defendant State of Washington for the total sum of Sixty Five Thousand and No/100
12  Dollars ($65,000.00).  Reasonable fees and costs found by the court shall be deducted from these
13  gross amounts.  Additionally, any liens, subrogated interests, or outstanding medical bills of
14  which Plaintiffs' counsel has actual or constructive notice prior to court approval of this
15  settlement shall be resolved out of these gross amounts, and defendants shall have no liability for
16  any such liens, interest, or bills.

17      IT IS FURTHER ORDERED, ADJUDGED AND DECREED That neither party shall
18  recover against any other party their respective fees, costs, nor interest herein.

19      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Defendant, State
20  of Washington, shall pay to Kathy McGuire, through her attorney, Richard Wooster, the sum of
21  Sixty Five Thousand and No/100 Dollars ($65,000.00) for the benefit of the Plaintiff herein.

22      DONE IN OPEN COURT this 14th day of April, 2010.

            */s/ Robert J. Bryan*

            ROBERT J. BRYAN
            United States District Judge

STIPULATED JUDGMENT                           2                    ATTORNEY GENERAL OF WASHINGTON
                                                                              Torts Division
                                                                    1019 Pacific Ave., 3rd Floor
                                                                           P O Box 2317
                                                                       Tacoma WA 98401-2317
                                                                          (253) 593-5243

| | | |
|---|---|---|
| 1 | Presented by: | Approved as to Form and Notice of Presentation Waived: |
| 2 | ROBERT M. MCKENNA | |
| 3 | Attorney General | |
| 5 | S / _____ | S / _____ |
| 6 | MATTHEW T. KUEHN, WSBA #30419<br>Assistant Attorney General | RICHARD WOOSTER, WSBA #13752<br>Attorneys for Plaintiff |
| 7 | Attorneys for Defendant | |

STIPULATED JUDGMENT       3       ATTORNEY GENERAL OF WASHINGTON
Torts Division
1019 Pacific Ave., 3rd Floor
P O Box 2317
Tacoma WA 98401-2317
(253) 593-5243